# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAS VEGAS SANDS, LLC,<br><br>  Plaintiff(s),<br><br>  v.<br><br>ELIZABETH KAPLAN,<br><br>  Defendant(s). | Case No. 2:19-CV-1565 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Las Vegas Sands, LLC v. Kaplan et al.*, case number 2:19-cv-01565-JCM-VCF. On September 16, 2019, defendant Elizabeth Kaplan ("defendant") filed a motion to dismiss for lack of personal jurisdiction or, alternatively, based on forum non conveniens. (ECF No. 6).

On October 18, 2019, defendant filed a motion to stay discovery (ECF No. 13), which was the subject of Magistrate Judge Ferenbach's January 6, 2020, hearing (ECF No. 21). At the hearing, Judge Ferenbach allowed jurisdictional discovery, which was to be completed by March 3, 2020, and allowed supplemental briefing to be filed on or before March 18. (ECF No. 21).

On March 18, 2020, plaintiff Las Vegas Sands, LLC ("plaintiff") filed the instant motion for leave to file supplemental brief regarding defendant's motion to dismiss. (ECF No. 24). In light of Judge Ferenbach's ruling at the January 6 hearing, the court grants plaintiff's motion. *Id.*

. . .
. . .
. . .
. . .
. . .

**James C. Mahan**
**U.S. District Judge**

Defendant shall file a response, if any, to plaintiff's supplemental brief within 14 days of this order.

Accordingly,

IT IS SO ORDERED.

DATED March 26, 2020.

_____
UNITED STATES DISTRICT JUDGE